IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEONDRAE ANTHONY DANIELS,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D21-1899
LT Case Nos. 2008-002103-CFAWS
           2008-003904-CFAWS
           2017-101848-CFDL
           2018-306105-CFDB

Decision filed June 14, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Matthew J. Metz, Public Defender, and
Robert Jackson Pearce, III, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and L. Charlene Matthews, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EISNAUGLE, TRAVER and NARDELLA, JJ., concur.